UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW E. ORSO and
NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiffs,

v.                                                     Case No: 5:21-mc-23-JSM-PRL

TODD DISNER, et al.,

    Defendants.

### ORDER

This matter is before the Court on the motions of Nationwide Judgment Recovery, Inc., as assignee of Plaintiff Matthew Orso, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a Zeekrewards.com ("Plaintiff") for issuance of writs of garnishment as to JPMorgan Chase Bank, N.A. (Doc. 13), Wells Fargo Bank, N.A. (Doc. 14), and PNC Bank (Doc. 15) ("Garnishees."). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of North Carolina against each member of a Defendant class, including Defendant Hector Rodriguez in the amount of $21,645.68. (Doc. 1).

On September 17, 2021, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $21,645.68, plus post-judgment interest. Now, Plaintiff moves for the writs of garnishment and suggests that each Garnishee may have in its possession and control certain monies or property belonging to Defendant Hector Rodriguez sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow

- 2 -

state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiffs' motions for issuance of writ of garnishment (Docs. 13, 14 & 15) are **GRANTED**, and the Clerk is directed to issue the Writs of Garnishment (including the Notice and Claim of Exemption) attached to each motion. (Docs. 13-1, 14-1, 15-1). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on March 14, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties